UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BEULAH JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>MEGA BUS CO.,<br><br>    Defendant. | No. 15-cv-5486 (KM)(MAH)<br><br>ORDER |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 38) of the Honorable Michael A. Hammer, United States Magistrate Judge, recommending that Plaintiff Beulah Johnson's complaint be dismissed with prejudice for failure to prosecute pursuant to Fed. R. Civ. P. 41; and no party having filed an objection to the R&R; and the Court having considered all the foregoing and decided the matter without oral argument pursuant to Fed. R. Civ. P. 78; and for good cause shown:

**IT IS** this 9th day of June, 2016,

**ORDERED** that Judge Hammer's Report and Recommendation (ECF No. 38) is **ADOPTED**, and the complaint is **DISMISSED WITH PREJUDICE**.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**